Opinion issued May 10, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00032-CV

____________


DAVID SELVA, Appellant


V.


ANNASTASCIA KOMP, Appellee






On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 2005-75415






MEMORANDUM OPINION

 The Court today considered the parties' joint motion to remand case to trial
court for rendition in accordance with settlement agreement. We grant the motion
as follows:


 We set aside the trial court's judgment, without regard to the merits. 
Tex. R. App. P. 42.1(a)(2)(B).




 We remanded the case to the trial court with instructions to render
judgment in accordance with the parties' April 27, 2007 irrevocable
settlement agreement.

 All other pending motions are overruled as moot.

 The Clerk of this Court is directed to issue mandate 10 days after the
date of this opinion. Tex. R. App. P. 18.1.

 The parties shall pay the costs they incurred by reason of this appeal. 
Tex. R. App. P. 42.1(d).



PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.